IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:13-cv-17012

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Judith A. Shears

2. Plaintiff's Spouse (if applicable)

   Gary F. Shears, Jr.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   Not Applicable

4. State of Residence

   West Virginia

5. District Court and Division in which venue would be proper absent direct filing.

   United States District Court of West Virginia

6. Defendants (Check Defendants against whom Complaint is made):

   ☑  A. Ethicon, Inc.

   ☑  B. Ethicon, LLC

Revised: 5/29/13

☑  C. Johnson & Johnson

☐  D. American Medical Systems, Inc. ("AMS")

☐  E. Boston Scientific Corporation

☐  F. C. R. Bard, Inc. ("Bard")

☐  G. Sofradim Production SAS ("Sofradim")

☐  H. Tissue Science Laboratories Limited ("TSL")

☐  I. Mentor Worldwide LLC

☐  J. Coloplast Corp.

7. Basis of Jurisdiction

☑  Diversity of Citizenship

☐  Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

1, 2, 3, 4, 5, 6, 7, 8, 9, 10 & 11

B. Other allegations of jurisdiction and venue:

28 USC §1407 - Multidistrict Litigation - Venue is proper based on the Court's Pretrial orders 1, 14 & 15, permitting direct filing into this Court and MDL Case No. 2:12 md 2327. The Court also has supplemental jurisdiction over State Claims, under 28 USC §1367

2

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

   ☐ Prolift
   ☐ Prolift +M
   ☐ Gynemesh/Gynemesh PS
   ☐ Prosima
   ☑ TVT
   ☐ TVT-Obturator (TVT-O)
   ☐ TVT-SECUR (TVT-S)
   ☐ TVT-Exact
   ☐ TVT-Abbrevo
   ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

   ☐ Prolift
   ☐ Prolift +M
   ☐ Gynemesh/Gynemesh PS
   ☐ Prosima
   ☑ TVT
   ☐ TVT-Obturator (TVT-O)
   ☐ TVT-SECUR (TVT-S)
   ☐ TVT-Exact
   ☐ TVT-Abbrevo

3

☐   Other

10. Date of Implantation as to Each Product:

   March 16, 2009

11. Hospital(s) where Plaintiff was implanted (including City and State):

   West Virginia University Hospital

   Morgantown, WV

12. Implanting Surgeon(s):

   Eddie HM Sze, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):
   - ☑   Count I – Negligence
   - ☑   Count II – Strict Liability – Manufacturing Defect
   - ☑   Count III – Strict Liability – Failure to Warn
   - ☑   Count IV – Strict Liability – Defective Product
   - ☑   Count V – Strict Liability – Design Defect
   - ☑   Count VI – Common Law Fraud
   - ☑   Count VII – Fraudulent Concealment
   - ☑   Count VIII – Constructive Fraud

- ☑ Count IX – Negligent Misrepresentation
- ☑ Count X – Negligent Infliction of Emotional Distress
- ☑ Count XI – Breach of Express Warranty
- ☑ Count XII – Breach of Implied Warranty
- ☑ Count XIII – Violation of Consumer Protection Laws
- ☑ Count XIV – Gross Negligence
- ☑ Count XV – Unjust Enrichment
- ☑ Count XVI – Loss of Consortium
- ☑ Count XVII – Punitive Damages
- ☑ Count XVIII – Discovery Rule and Tolling
- ☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____
_____
_____

Address and bar information:

Charles B. Patrick
Florida Bar No.: 157550
1212 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
Phone: (954) 320-9507
Fax:     (954) 320-9509
Email: cpatrick@schlesingerlaw.com

s/Charles B. Patrick
Attorneys for Plaintiff