```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

FILED

MAR 1 6 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

JUDITH A. SHEARS, and
GARY F. SHEARS, JR.,

      Plaintiffs,

                         Civil Action No. 1:20CV264
                            (Judge Keeley)

ETHICON, INC., and
JOHNSON & JOHNSON,

      Defendants.

## VERDICT FORM

### Section I – Negligent Design

1. Did the Plaintiffs prove, by a greater weight of the evidence, that the Defendants negligently designed the TVT?

   Yes ___   No ✓

   If you answered YES, then proceed to Question 2. If you answered NO, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court.

2. Did the Plaintiffs prove, by a greater weight of the evidence, that the TVT was defective?

   Yes ___   No ___

**SHEARS v. ETHICON, INC.**                                          **1:20CV264**

## VERDICT FORM

If you answered YES, then proceed to Question 3. If you answered NO, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court.

3. Did the Plaintiffs prove, by a greater weight of the evidence, that a defect in the TVT's design proximately caused the Plaintiff, Judith Shears', injuries?

    Yes___ No ___

If you answered YES, then proceed to Question 4. If you answered NO, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court.

### Section II – Assumption of Risk

4. Was Judith Shears at fault for voluntarily assuming the risk of injury caused by the Defendants' negligence?

    Yes___ No ___

If you answered YES, then proceed to Question 5. If you answered NO, then proceed to Question 7.

**SHEARS v. ETHICON, INC.**                                                   **1:20CV264**

**VERDICT FORM**

5. Did Judith Shears' fault in voluntarily assuming the risk of injury exceed the fault due to the negligence of the Defendants?

   Yes___ No ___

   If you answered YES, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court. If you answered NO, then proceed to Question 6.

6. What percentage of fault do you assign to Judith Shears?

   ___%

   Proceed to Question 7.

### Section III – Damages for Judith Shears

7. State separately the amount of compensatory damages that you find fairly and adequately compensates the Plaintiff, Judith Shears for:

   (a) Past physical pain and bodily injuries proven to a reasonable probability:

   $_____

3

**SHEARS v. ETHICON, INC.**                                             1:20CV264

## VERDICT FORM

    (b) Future physical pain proven to a reasonable certainty:

    $_____

    (c) Past mental anguish and emotional distress proven to a reasonable probability:

    $_____

    (d) Future mental anguish and emotional distress proven to a reasonable certainty:

    $_____

    (e) Past loss of enjoyment of life or reduced capacity to function as a whole person proven to a reasonable probability:

    $_____

    (f) Future loss of enjoyment of life or reduced capacity to function as a whole person proven to a reasonable certainty:

    $_____

    TOTAL DAMAGES FOR JUDITH A. SHEARS:

    $_____

    Proceed to Question 8.

**SHEARS v. ETHICON, INC.**                                          **1:20CV264**

## VERDICT FORM

**Section IV – Loss of Consortium – Gary F. Shears, Jr.**

8. Do you find that the Plaintiffs proved, by a greater weight of the evidence, that Gary Shears suffered a loss of consortium?

   Yes___  No___

   If you answered YES, then proceed to Question 9. If you answered NO, stop your deliberations and return the verdict form.

**Section V – Loss of Consortium Damages**

9. State the amount of compensatory damages that you find fairly and adequately compensates Gary Shears for his loss of consortium?

   LOSS OF CONSORTIUM DAMAGES:

   $_____

Signed:  _____
         Foreperson

Return this verdict form to the Court.

5