```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JUDITH A. SHEARS, and**
**GARY F. SHEARS,**

      **Plaintiffs,**

                                                  **Civil Action No. 1:20CV264**
**v.**                                                       **(Judge Keeley)**

**ETHICON, INC., and**
**JOHNSON & JOHNSON,**

      **Defendants.**

## JUDGMENT ORDER

This action came on for trial before the Court and a jury, the Honorable Irene M. Keeley, United States District Judge, presiding, on March 7 through 11 and March 14 through 16, 2022. The issues having been duly tried, the jury rendered its verdict on the 16th day of March, 2022, as follows:

### Verdict Form

### Section I – Negligent Design

1. Did the Plaintiffs prove, by a greater weight of the evidence, that the Defendants negligently designed the TVT?

   Yes____  No _X_

If you answered YES, then proceed to Question 2. If you answered NO, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court.

**SHEARS v. ETHICON, INC.**                                                1:20CV264

## JUDGMENT ORDER

---

2. Did the Plaintiffs prove, by a greater weight of the evidence, that the TVT was defective?

   Yes\_\_\_  No\_\_\_

If you answered YES, then proceed to Question 3. If you answered NO, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court.

3. Did the Plaintiffs prove, by a greater weight of the evidence, that a defect in the TVT's design proximately caused the Plaintiff, Judith Shears', injuries?

   Yes\_\_\_  No \_\_\_

If you answered YES, then proceed to Question 4. If you answered NO, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court.

2

**SHEARS v. ETHICON, INC.**                                      **1:20CV264**

**JUDGMENT ORDER**

---

**Section II – Assumption of Risk**

4. Was Judith Shears at fault for voluntarily assuming the risk of injury caused by the Defendants' negligence?

    Yes\_\_\_   No \_\_\_

    If you answered YES, then proceed to Question 5. If you answered NO, then proceed to Question 7.

5. Did Judith Shears' fault in voluntarily assuming the risk of injury exceed the fault due to the negligence of the Defendants?

    Yes\_\_\_   No \_\_\_

    If you answered YES, stop your deliberations, have your foreperson sign the verdict form, and return this verdict form to the Court. If you answered NO, then proceed to Question 6.

**SHEARS v. ETHICON, INC.**                                              **1:20CV264**

---
**JUDGMENT ORDER**
---

6. What percentage of fault do you assign to Judith Shears?

    ___%

    Proceed to Question 7.

### Section III – Damages for Judith Shears

7. State separately the amount of compensatory damages that you find fairly and adequately compensates the Plaintiff, Judith Shears for:

    (a) Past physical pain and bodily injuries proven to a reasonable probability:

    $_____

    (b) Future physical pain proven to a reasonable certainty:

    $_____

    (c) Past mental anguish and emotional distress proven to a reasonable probability:

    $_____

    (d) Future mental anguish and emotional distress proven to a reasonable certainty:

    $_____

**SHEARS v. ETHICON, INC.**                                          **1:20CV264**

**JUDGMENT ORDER**

---

(e) Past loss of enjoyment of life or reduced capacity to function as a whole person proven to a reasonable probability:

$_____

(f) Future loss of enjoyment of life or reduced capacity to function as a whole person proven to a reasonable certainty:

$_____

TOTAL DAMAGES FOR JUDITH A. SHEARS: $_____

Proceed to Question 8.

**Section IV – Loss of Consortium – Gary F. Shears, Jr.**

8. Do you find that the Plaintiffs proved, by a greater weight of the evidence, that Gary Shears suffered a loss of consortium?

   Yes\_\_\_ No\_\_\_

If you answered YES, then proceed to Question 9. If you answered NO, stop your deliberations and return the verdict form.

5

**SHEARS v. ETHICON, INC.**                                              **1:20CV264**

## JUDGMENT ORDER

### Section V – Loss of Consortium Damages

9. State the amount of compensatory damages that you find fairly and adequately compensates Gary Shears for his loss of consortium?

   LOSS OF CONSORTIUM DAMAGES:

   $_____

### Conclusion

Thereupon, the Court ascertained that the verdict represented the unanimous opinion of the members of the jury and finding the verdict to be in due form, the verdict was accepted and the Clerk is hereby **ORDERED** to file said verdict and enter judgment accordingly.

It is further **ORDERED** and **ADJUDGED** that the Defendants have prevailed in this action on the claims of negligent design and loss of consortium.

Pursuant to Rule 59(b) of the Federal Rules of Civil Procedure the parties have 28 days following the entry of this judgment order to file post-trial motions.  If no motions are filed, this action

**SHEARS v. ETHICON, INC.**                                                   **1:20CV264**

**JUDGMENT ORDER**

will be dismissed on the merits and stricken from the docket of the Court.

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: March 17, 2022

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE
