IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

JUDITH A. SHEARS and
GARY F. SHEARS, JR.,

        Plaintiffs,

vs.                                                    CIVIL NO. 1:20-cv-00264-TSK

ETHICON, INC. and
JOHNSON & JOHNSON,

        Defendants.

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

      Counsel for Plaintiffs Judith and Gary Shears and counsel for Defendants Ethicon, Inc. and Johnson & Johnson hereby advise the Court that a settlement has been reached in this matter. It will likely take several weeks before the settlement of this action will be finalized.

      As such, and in light of approaching deadlines set in this case, the parties jointly request that this case by moved to inactive status and/or that all deadlines and other requirements be stayed for sixty (60) days, or until such time as the settlement can be concluded and the case can be dismissed with prejudice.

      Dated: January 15, 2026

Respectfully submitted,


/s/ *Philip J. Combs*
Philip J. Combs (WVSB #6056)
Sarah A. Meadows (WVSB #11639)
**THOMAS COMBS & SPANN, PLLC**
300 Summers Street, Suite 1300 (25301)
P.O. Box 3824
Charleston, WV  25338
Tel:  304-414-1800
Fax:  304-414-1801
pcombs@tcspllc.com
smeadows@tcspllc.com

**COUNSEL FOR DEFENDANTS ETHICON, INC. AND JOHNSON & JOHNSON**


and

/s/ *C. Edward Amos, II*
C. Edward Amos, II (WVSB #12362)
**SEGAL & AMOS, PLLC**
810 Kanawha Blvd. E.
Charleston, WV 25301
Tel:  304-344-9100
Fax:  304-344-9105
Email: edward.amos@segal-law.com

Jeffrey L. Haberman, Esq.
Sarah J. Foster, Esq.
**SCHLESINGER LAW OFFICES, P.A.**
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Tel:  954-320-9507
Fax:  954-320-9509
Email: jhaberman@schlesingerlaw.com
          sarah@schlesingerlaw.com
*Admitted Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFFS JUDITH AND GARY SHEARS**

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

JUDITH A. SHEARS and
GARY F. SHEARS, JR.,

        Plaintiffs,

vs.                                      CIVIL NO. 1:20-cv-00264-TSK

ETHICON, INC. and
JOHNSON & JOHNSON,

        Defendants.

## **CERTIFICATE OF SERVICE**

I, Philip J. Combs, counsel for Defendants, Ethicon, Inc. and Johnson & Johnson, hereby certify that I served the foregoing **"NOTICE OF SETTLEMENT AND REQUEST TO STAY"** with the Clerk of the Court using the CM/ECF system, which will send notice of the same to counsel of record, this 15th day of January, 2026.

        */s/ Philip J. Combs*
        Philip J. Combs (W. Va. Bar No. 6056)
        Thomas Combs & Spann, PLLC
        300 Summers Street, Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV  25338-3824
        (304) 414-1805
        pcombs@tcspllc.com